Morris Canal and Banking Co. *v.* New Jersey Zinc and Iron Co.

*For affirmance*—The Chief-Justice, Depue, Dixon, Garrison, Magie, Reed, Scudder, Van Syckel, Brown, Smith, Whitaker—11.

*For reversal*—None.

Morris Canal and Banking Company and Lehigh Valley Railroad Company, appellants,

*v.*

New Jersey Zinc and Iron Company, respondent

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *17 Stew. Eq. 398.*

*Mr. Oscar Keen* and *Mr. Benjamin Williamson,* for the appellants.

*Mr. John R. Emery* and *Mr. Theodore Runyon,* for the respondent.

Per Curiam.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—The Chief-Justice, Dixon, Garrison, Magie, Reed, Scudder, Van Syckel, Brown, Smith, Whitaker—10.

*For reversal*—None.